JS-6/ENTER

**FILED**
DEC - 2 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERT HERRERA, JR., <br><br> Petitioner, <br><br> v. <br><br> V.M. ALMAGER, WARDEN, <br><br> Respondent. | Case No. EDCV 06-1298-GHK (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 12/2/10

_____
George H. King
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY